ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Scott K. Dauscher         State Bar No. 204105
    SDauscher@aalrr.com
Brian M. Wheeler          State Bar No. 266661
    BWheeler@aalrr.com
Shawn M. Ogle             State Bar No. 266259
    SOgle@aalrr.com
Adam P. Snyder            State Bar No. 312160
    Adam.Snyder@aalrr.com
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone: (562) 653-3200
Fax: (562) 653-3333

Attorneys for Plaintiff American Asphalt South, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| AMERICAN ASPHALT SOUTH, INC., a California corporation, | Case No. '21CV0176 L    NLS |
|---|---|
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1** |
| v. | |
| CITY OF SAN DIEGO, a Municipal corporation, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff American Asphalt South, Inc. hereby discloses that there is no publicly held corporation owning 10% or more of its stock.

Dated: January 29, 2021

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: */s/ Brian M. Wheeler*
    Scott K. Dauscher
    Brian M. Wheeler
    Shawn M. Ogle
    Adam P. Snyder
    Attorneys for Plaintiff
    American Asphalt South, Inc.

CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1