```
 1 │ Jenny L. Riggs (SBN: 204417)
   │ jriggs@meyersnave.com
 2 │ Margaret W. Rosequist (SBN: 203790)
   │ mrosequist@meyersnave.com
 3 │ MEYERS, NAVE, RIBACK, SILVER & WILSON
   │ 600 B Street, Suite 1650
 4 │ San Diego, California 92101
   │ Telephone: (619) 330-1700
 5 │ Facsimile: (619) 330-1701
   │
 6 │ Attorneys for Defendants
   │ CITY OF SAN DIEGO
 7 │
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASPHALT SOUTH, INC, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SAN DIEGO, a Municipal corporation,<br><br>    Defendant. | Case No. 3:21-cv-00176-DMS-NLS<br><br>*[Assigned for All Purposes to:<br>Hon. Dana M. Sabraw, Dept. 13A]*<br><br>**NOTICE OF RELATED CASES**<br>[Local Rule 40.1]<br><br>Action Filed:   January 29, 2021<br>Trial Date:     None Set |

Case No. 3:21-cv-00176-DMS-NLS

NOTICE OF RELATED CASES

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

Defendant City of San Diego ("Defendant") hereby gives notice that the following cases are related to the instant action as set forth below:

1. *American Asphalt South, Inc. v. City of San Diego*, Case No. 37-2020-00038338-CU-VM-CTL, filed in the Superior Court of the State of California, County of San Diego, on October 22, 2020.

2. Pursuant to Civil Local Rule 40.1 (g), cases are related where "both of them: [i]nvolve some of the same parties and are based on the same or similar claims, or [i]nvolve the same property, transaction, patent, trademark, or event…." This case and the Related Action involve the same parties, and involve some of the same events or transactions.

DATED: February 3, 2021  MEYERS, NAVE, RIBACK, SILVER & WILSON

By: *[signature]*
JENNY L. RIGGS
MARGARET W. ROSEQUIST
Attorneys for Defendant
CITY OF SAN DIEGO

3687074.1