UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASPHALT SOUTH, INC., a California corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, a Municipal corporation,<br><br>                              Defendant. | Case No.:  21-cv-176 DMS (NLS)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On April 1, 2021, this matter came before the Court in an informal telephonic conference and the parties agreed to the following briefing schedule.  Defendant shall file their Federal Rule of Civil Procedure 12(b) motion by **April 9, 2021**.  Defendant shall contact the Court to obtain a hearing date prior to filing their motion.

**IT IS SO ORDERED**.

Dated:  April 1, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court